# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

   v.                                            Case No. 14-CR-156

**DAVE ANGLIN**
        **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's motion to adjourn (R. 33) is **GRANTED**. The **FINAL PRE-TRIAL** set for January 30, 2015, is adjourned to **Friday, April 10, 2015, at 10:30 a.m.**, and the **TRIAL** scheduled for February 9, 2015, is adjourned to **Monday, April 20, 2015, at 10:00 a.m.** For the reasons stated in the motion, the court finds that the ends of justice served by so continuing the case outweigh the best interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The continuance is necessary to afford counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(7)(B)(iv).

Dated at Milwaukee, Wisconsin this 27th day of January, 2015.

                                           /s Lynn Adelman
                                           LYNN ADELMAN
                                           District Judge